MULLEN, Respondent, vs. CITY OF MADISON, Appellant.

*June 8—July 1, 1948.*

*Harold E. Hanson,* city attorney, *Alton S. Heassler,* assistant city attorney, and *Francis Lamb,* special counsel, for the appellant.

For the respondent there was a brief by *Harris & Brandt* of Madison, and oral argument by *Albert E. Brandt.*

PER CURIAM.* This case was argued and submitted with the case of *Blooming Grove v. Madison, ante,* p. 215, 33 N. W. (2d) 312, and is ruled by the decision therein.

Judgment affirmed.

---

* The opinion in this case was prepared by the late Mr. Justice BARLOW.